IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>            Plaintiff,<br><br>    vs.<br><br>DON A. LANGFORD,<br><br>            Defendant. | 8:12CV344<br><br>AMENDED<br>MEDIATION REFERENCE ORDER |

This matter is before the court on the parties' Joint Notice Concerning Mediation (Filing No. 46) and the plaintiff's Objection (Filing No. 48). The parties represent they have selected a mediator for this matter. In accordance with the Mediation Plan for the United States District Court - District of Nebraska (Plan), as amended April 30, 2010, regarding court-annexed mediation:

**IT IS ORDERED:**

1. The parties' Joint Notice Concerning Mediation (Filing No. 46) is granted.

2. The plaintiff's unopposed Objection (Filing No. 48) is sustained.

**IT IS FURTHER ORDERED:**

1. Except as may be otherwise agreed by the parties and counsel, this case is stayed for a period of 60 days from the date of this order, to permit the parties to utilize the private mediation services of:

> Stephen C. Leckar, Esq.
> Law Office of Stephen Leckar
> 1850 M Street NW, Suite 240
> Washington, DC 20036
> 202-742-4242

2. During the period of the stay, unless otherwise agreed, compliance with deadlines established by the progression order, responses to discovery, pending motions, and other proceedings shall not be required. In the event the parties agree to proceed without a stay, a statement to that effect shall forthwith be submitted to the undersigned by plaintiff's counsel.

3. **On or before October 30, 2013**, the plaintiff's counsel shall file a report on the status of the mediation and whether the case has been settled. Failure to so notify the court of the completion of the mediation, with or without settlement, may result in the dismissal of this case without further notice pursuant to Fed. R. Civ. P. 41(b). Information about the substance of the parties' settlement agreement, if any, shall not be provided without their consent.

4. Each party is required to designate one or more persons with authority to negotiate a settlement of the disputes between the parties and such persons shall attend the mediation in person.

5. The Clerk shall bring this file to the attention of the undersigned after sixty (60) days or when notified that the mediation has been completed, whichever first occurs.

6. The Clerk is directed to provide a copy of this order to all counsel of record and unrepresented parties, and to the mediator identified above, enclosing with the latter the appropriate documents related to the administration of the Mediation Plan.

Dated this 16th day of September, 2013.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge