IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) | Civil Action No. 8:12CV344 |
| Plaintiff, | ) ) ) | **EIGHTH JOINT** |
| v. | ) ) | **STATUS REPORT** |
| DON A. LANGFORD, | ) ) | |
| Defendant. | ) | |

Pursuant to the Court's March 29, 2016 Order, Plaintiff Securities and Exchange Commission ("Commission") and Defendant Don A. Langford hereby submit this Eighth Joint Status Report:

1. On March 24, 2016, Defendant Langford was sentenced in his related criminal case, *U.S. v. Langford*, 14-cr-3103-JMG-CRZ (D. Neb.). Specifically, Defendant Langford was sentenced to a term of imprisonment of 21 months concurrent on each of the two counts to which he had previously entered a plea of guilty, and two years of supervised release. The Court also indicated that it would order Restitution from Mr. Langford for investors who were harmed as a result of the criminal conduct in an amount above $20 million, after it received additional briefing in order to determine the exact amount. See Text Minute Entry, *U.S. v. Langford*, March 24, 2016 (Dkt. No. 57).

2. As indicated in the parties' initial Status Report (Doc. # 60) and Motion to Enter Order of Injunction and Other Relief (Doc. # 58), the parties have agreed to resolve this matter. Defendant Langford consented to the immediate entry of a permanent injunction and permanent bar from acting as an officer or director of any public company. Further, Defendant Langford consented to allow the Court to determine whether to order a civil penalty, and if so the amount


of such penalty, upon motion of the Commission. The Order of Injunction and Other Relief effecting these terms was entered by this Court on June 12, 2015 (Doc. # 62)

3. Defendant Langford has made an offer of settlement in which the Commission would forgo any civil penalty in light of Defendant Langford's criminal penalties. Undersigned counsel for the Commission has agreed to recommend that the Commission accept this offer. This recommendation process involves review of the proposed settlement by Commission staff in the Denver Regional Office and Washington, D.C., and then by the Commission itself. Undersigned counsel for the Commission anticipates the process will take approximately two months.

4. For these reasons, it is the parties' position that the stay should continue in effect at the present time. The parties request to file a status report 60 days from today's date to update the Court on the status of the settlement recommendation and their respective positions on the stay.

Respectfully submitted April 29, 2016.

_s/Nicholas P. Heinke_____          _s/_Efrem M. Grail_____

Nicholas P. Heinke                  Efrem M. Grail
Polly Atkinson                      The Grail Law Firm
U.S. Securities and Exchange Commission    421 Seventh Ave., Suite 200
Byron G. Rogers Federal Building    Pittsburgh, PA 15219
1961 Stout Street, Suite 1700       Phone: (412) 414-4586
Denver, CO  80294-1961              Facsimile: 412.430.0026
Phone:  (303) 844-1000              E-mail: egrail@graillaw.com
Facsimile: (303) 844-1068
Email: HeinkeN@SEC.gov,             Matthew F. Heffron, Esq.
AtkinsonP@SEC.gov                   Brown & Brown, P.C., L.L.O.
                                    2027 Dodge Street
*Attorneys for Plaintiff*           Omaha, NE 68102
                                    E-mail:  mheffron@bblaw.us

                                    *Attorneys for Defendant*

# CERTIFICATE OF SERVICE

I hereby certify that on April 29, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Efrem M. Grail
The Grail Law Firm
421 Seventh Ave., Suite 200
Pittsburgh, PA 15219
Phone: (412) 414-4586
Facsimile: 412.430.0026
E-mail: egrail@graillaw.com

Matthew F. Heffron, Esq.
Brown & Brown, P.C., L.L.O.
2027 Dodge Street
Omaha, NE 68102
E-mail:  mheffron@bblaw.us

Nicholas P. Heinke
Polly Atkinson
U.S. Securities and Exchange Commission
Byron G. Rogers Federal Building
1961 Stout Street, Suite 1700
Denver, CO  80294-1961
Phone:  (303) 844-1000
Facsimile: (303) 844-1068
Email: HeinkeN@SEC.gov, AtkinsonP@SEC.gov

                              s/ Nicholas P. Heinke